**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

Cesar M.H.,

Petitioner,

v.

Todd Blanche, et al.,

Respondents.

**ORDER DISMISSING PETITION FOR WRIT OF HABEAS CORPUS**

**Civil File No. 26-03336 (MJD/DJF)**

---

Daniel P. Suitor, Daniel P. Suitor LLP, Counsel for Petitioner.

Worthington Phillips, David W. Fuller, Assistant United States Attorneys, Counsel for Federal Respondents.

---

On August 31, 2026, the Court granted Petitioner Cesar M.H.'s Petition for Writ of Habeas Corpus. (Doc. 9.) As part of that Order, Respondents were required to provide Petitioner with a bond hearing within one week after issuance of the Order, file notice of the scheduled hearing directly with the Court, and file a status update after the hearing to inform the Court of the result. (Id.)

On August 31, 2026, Responded filed a Bond Hearing Notice, indicating that Petitioner's bond hearing was scheduled for September 2, 2026. (Doc. 10-1.) On September 3, 2026, Respondents filed a status update to inform the Court that

an Immigration Judge denied Petitioner bond, finding that Petitioner is a "danger." (Doc. 12.)

Accordingly, based upon the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that Petitioner Cesar M.H.'s Petition for Writ of Habeas Corpus **[Doc. 1]** is **DISMISSED without prejudice**.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: September 15, 2026

s/Michael J. Davis
Michael J. Davis
United States District Court